SEACOAST TRUST COMPANY, Respondent, v. ALEXANDER MUGMAN and Another, Doing Business under the Trade Name and Style of NEW YORK

BUTTER AND EGG MARKET, Appellants, Impleaded with Others.— Determination and orders of Municipal Court reversed and judgment modified as stated in order entered hereon, with costs and disbursements in this court and in the Appellate Term to appellants on opinion of Bijur, J., at the Appellate Term. (Reported in 100 Misc. Rep. 482, 486.) Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.; Smith and Merrell, JJ., dissented.